UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| KATHLEEN C. PETERSEN | : | |
| | : | CASE NO. 09-33004 LMW |
| DEBTOR(S) | : | |
| | : | RE: Doc. Id. No. 22 |

### ORDER SUSTAINING OBJECTION TO CLAIM

The objection of Barbara H. Katz, Trustee dated June 29, 2010, to Proofs of Claim filed in this proceeding having come before this Court after due notice and a hearing; it is hereby

ORDERED:  that the objection is sustained as follows:

1.  **Claim No.16**, filed June 8, 2010 by **HSBC Bank Nevada, NA** in the amount of $3,332.06 is disallowed.

Dated: August 4, 2010                                          BY THE COURT

*Lorraine Murphy Weil*
Chief United States Bankruptcy Judge